UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE PARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PEOPLE OF CALIFORNIA,<br><br>　　　　　Defendant. | Case No. 23-cv-01736-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff, a detainee acting pro se, filed a writ of mandamus. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court.

Court mail that the Clerk sent to plaintiff at his last known address has been returned as undeliverable. The Court has sent mail to plaintiff at a county jail where he appears to be detained, but he has not responded or provided a current mailing address. The case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 17, 2023

JAMES DONATO
United States District Judge